UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITA POTTS,<br>　　　Plaintiff<br><br>v.<br><br>CREDIT ONE FINANCIAL d/b/a<br>CREDIT ONE BANK,<br>　　　Defendant | CIVIL ACTION NO. 3:15-CV-1119<br>(Judge Nealon) |

## ORDER

**AND NOW, ON THIS 19ᵀᴴ DAY OF JANUARY, 2016**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss, and to compel arbitration, (Doc. 9), is **DENIED**.

2. A period of arbitration-related discovery shall commence this day and extend for sixty (60) days.

3. Defendant's motion to stay the above-captioned action pending ruling on its motion to dismiss and compel arbitration, (Doc. 15), is **DISMISSED as MOOT**.

　　　　　　　　　　　　　　　　　　　/s/ William J. Nealon
　　　　　　　　　　　　　　　　　　　**United States District Judge**